In the Matter of ZEBADIAH HART, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [957 NYS2d 261]— Present—Scudder, P.J., Centra, Valentino, Whalen and Martoche, JJ.

In the Matter of ALBERTO RODRIGUEZ, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [957 NYS2d 261] Present—Scudder, P.J., Centra, Valentino, Whalen and Martoche, JJ.